# Exhibit G

NYSCEF
New York County Supreme Court

**Document List**
**Index #   151144/2019**

Case Caption:    **ASHU SHUKLA v. DELOITTE CONSULTING, LLP**
Judge Name:      **James D'Auguste**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 1 | SUMMONS + COMPLAINT | Processed | 02/01/2019 | Vandamme, H. |
| 2 | AFFIRMATION | Processed | 02/04/2019 | Vandamme, H. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/11/2019 | Vandamme, H. |
| 4 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 02/22/2019 | Tabakman, G. |
| 5 | STIPULATION - TIME TO ANSWER | Processed | 02/22/2019 | Tabakman, G. |
| 6 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | Processed | 03/07/2019 | Vandamme, H. |
| 7 | ANSWER | Processed | 03/27/2019 | Brochin, H. |
| 8 | NOTICE OF DISCOVERY AND INSPECTION | Processed | 03/27/2019 | Vandamme, H. |
| 9 | NOTICE OF DISCOVERY AND INSPECTION | Processed | 03/28/2019 | Vandamme, H. |
| 10 | NOTICE OF DISCOVERY AND INSPECTION | Processed | 04/11/2019 | Vandamme, H. |
| 11 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 04/25/2019 | Vandamme, H. |
| 12 | STIPULATION - CONFIDENTIALITY ( REQUEST TO SO ORDER ) | Processed | 06/19/2019 | Tabakman, G. |
| 13 | ORDER - PRELIMINARY CONFERENCE | Processed | 06/27/2019 | Court User |
| 14 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 08/05/2019 | Vandamme, H. |
| 15 | NOTICE OF DISCOVERY AND INSPECTION | Processed | 08/06/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 16 | INTERROGATORIES | Processed | 08/06/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 17 | INTERROGATORIES | Processed | 08/06/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 18 | NOTICE TO ADMIT | Processed | 08/07/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 19 | NOTICE OF MOTION - *Corrected* | Processed | 08/07/2019 | Tabakman, G. |
| 20 | AFFIRMATION Affirmation of Gregory S. Tabakman In Support of Motion to Dismiss Complaint | Processed | 08/07/2019 | Tabakman, G. |
| 21 | EXHIBIT(S) Exhibit A to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 22 | EXHIBIT(S) Exhibit B to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |

NYSCEF
New York County Supreme Court

**Document List**
**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 23 | EXHIBIT(S)<br>Exhibit C to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 24 | EXHIBIT(S)<br>Exhibit D to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 25 | EXHIBIT(S)<br>Exhibit E to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 26 | EXHIBIT(S)<br>Exhibit F to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 27 | EXHIBIT(S)<br>Exhibit G to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 28 | EXHIBIT(S)<br>Exhibit H to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 29 | EXHIBIT(S)<br>Exhibit I to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 30 | EXHIBIT(S)<br>Exhibit J to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 31 | EXHIBIT(S)<br>Exhibit K to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 32 | EXHIBIT(S)<br>Exhibit L to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 33 | EXHIBIT(S)<br>Exhibit M to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 34 | EXHIBIT(S)<br>Exhibit N to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 35 | EXHIBIT(S)<br>Exhibit O to Tabakman Affirmation | Processed | 08/07/2019 | Tabakman, G. |
| 36 | MEMORANDUM OF LAW IN SUPPORT<br>Motion to Dismiss Complaint | Processed | 08/07/2019 | Tabakman, G. |
| 37 | AFFIRMATION<br>Affirmation of Service | Processed | 08/07/2019 | Tabakman, G. |
| 38 | LETTER / CORRESPONDENCE TO JUDGE<br>Requesting a Court Conference and Rejection of<br>Defendants Motion to Dismiss | Processed | 08/07/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 39 | NOTICE OF CROSS-MOTION<br>Notice of Cross Motion filed by Plaintiff | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 40 | AFFIRMATION<br>Affirmation in support of motion to compel | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 41 | EXHIBIT(S)<br>Exhibit A - refusal to accept service of discovery<br>demands | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 42 | EXHIBIT(S)<br>Original discoery demands filed in March & April | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 43 | EXHIBIT(S)<br>Communication with Previous attorney as defendant<br>failed to meet deadline | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 44 | EXHIBIT(S)<br>Defendant failed to meet promised deadline post primary<br>conference | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 45 | EXHIBIT(S)<br>Failed to provide discovery demand credentials | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |

NYSCEF
New York County Supreme Court

**Document List**
**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 46 | EXHIBIT(S)<br>Defendant's partial response on July 17th | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 47 | EXHIBIT(S)<br>Notice to admit served to defendant | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 48 | EXHIBIT(S)<br>Discharge of previous attorney | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 49 | EXHIBIT(S)<br>Medical authorization and medical evidence shared | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 50 | EXHIBIT(S)<br>New discovery demands and interrogatories served | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 51 | EXHIBIT(S)<br>Further evidence including Letter to Judge, defendant<br>lawyer and service | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 52 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 08/09/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 53 | EXHIBIT(S)<br>Plaintiff's interrogatory response and delay by previous<br>lawyer | Processed | 08/12/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 54 | MEMORANDUM OF LAW IN SUPPORT<br>Plaintiff's Memorandum of Law in Support of Cross-<br>Motion | Processed | 08/14/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 55 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO<br>CROSS-MOTION AND IN FURTHER SUPPORT OF<br>MOTION | Processed | 08/14/2019 | Tabakman, G. |
| 56 | EXHIBIT(S)<br>Exhibit A to GST Reply Affirmation | Processed | 08/14/2019 | Tabakman, G. |
| 57 | EXHIBIT(S)<br>Exhibit B to GST Reply Affirmation | Processed | 08/14/2019 | Tabakman, G. |
| 58 | EXHIBIT(S)<br>Exhibit C to GST Reply Affirmation | Processed | 08/14/2019 | Tabakman, G. |
| 59 | EXHIBIT(S)<br>Exhibit D to GST Reply Affirmation | Processed | 08/14/2019 | Tabakman, G. |
| 60 | EXHIBIT(S)<br>EXHIBIT HIGHLIGHTING DEFENDANT'S  WOEFULLY<br>DEFICIENT DISCOVERY RESPONSE | Processed | 08/14/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 61 | EXHIBIT(S)<br>DEFENDANT"S FALSE STATEMENTS &<br>MISREPRESENTATION OF FACTS | Processed | 08/14/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 62 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 08/23/2019 | Tabakman, G. |
| 63 | LETTER / CORRESPONDENCE TO JUDGE<br>Requesting Court Conference | Processed | 08/27/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 64 | COMPLAINT (AMENDED) - *Corrected*<br>Amended Summon & Complaint | Processed | 09/18/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 65 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 09/12/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 66 | NOTICE OF MOTION - *Corrected*<br>Motion for Default Judgement | Processed | 09/13/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |
| 67 | AFFIRMATION - *Corrected*<br>Affirmation of plaintiff in support of motion for Default | Processed | 09/13/2019 | Shukla, A. (Pro Hac /<br>Pro Se) |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| | Judgement | | | |
| 68 | EXHIBIT(S)<br>Exhibit A to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 69 | EXHIBIT(S)<br>Exhibit B to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 70 | EXHIBIT(S)<br>Exhibit C to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 71 | EXHIBIT(S)<br>Exhibit D to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 72 | EXHIBIT(S)<br>Exhibit E to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 73 | EXHIBIT(S)<br>Exhibit F to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 74 | EXHIBIT(S)<br>Exhibit G to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 75 | EXHIBIT(S)<br>Exhibit H to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 76 | EXHIBIT(S)<br>Exhibit I to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 77 | EXHIBIT(S)<br>Exhibit J to Plaintiff's Affirmation | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 78 | EXHIBIT(S) - *Corrected*<br>Exhibit K to Plaintiff's Affirmation | Processed | 09/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 79 | EXHIBIT(S) - *Corrected*<br>Exhibit L to Plaintiff's Affirmation | Processed | 09/13/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 80 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of service | Processed | 09/12/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 81 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of law in support of Motion for Default Judgment | Processed | 09/14/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 82 | REQUEST FOR RESTRICTED STATUS<br>Request for restricted status | Processed | 09/17/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 83 | ORDER TO SHOW CAUSE - CONFORMED COPY<br>Order to show cause | Processed | 09/17/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 84 | NOTICE OF CROSS-MOTION | Processed | 09/20/2019 | Tabakman, G. |
| 85 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION | Processed | 09/20/2019 | Tabakman, G. |
| 86 | EXHIBIT(S)<br>Ex. A to GST Affirmation IOT Motion for Default and ISO Motion for Protective Order | Processed | 09/20/2019 | Tabakman, G. |
| 87 | EXHIBIT(S)<br>Ex. B to GST Affirmation IOT Motion for Default and ISO Motion for Protective Order | Processed | 09/20/2019 | Tabakman, G. |
| 88 | EXHIBIT(S)<br>Ex. C to GST Affirmation IOT Motion for Default and ISO Motion for Protective Order | Processed | 09/20/2019 | Tabakman, G. |
| 89 | EXHIBIT(S)<br>Ex. D to GST Affirmation IOT Motion for Default and ISO Motion for Protective Order | Processed | 09/20/2019 | Tabakman, G. |

NYSCEF
New York County Supreme Court

**Document List**

**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 90 | EXHIBIT(S)<br>Ex. E to GST Affirmation IOT Motion for Default and ISO Motion for Protective Order | Processed | 09/20/2019 | Tabakman, G. |
| 91 | MEMORANDUM IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION | Processed | 09/20/2019 | Tabakman, G. |
| 92 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 09/20/2019 | Tabakman, G. |
| 93 | ADJOURNMENT OF MOTION -REQUEST - BEFORE JUDGE - *Corrected*<br>Requesting additional time to respond to defendant's motion | Processed | 09/24/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 94 | ORDER TO SHOW CAUSE ( PROPOSED ) - *Corrected*<br>Order to show cause to seal document# 78 | Processed | 09/24/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 95 | NOTICE OF MOTION | Processed | 10/02/2019 | Tabakman, G. |
| 96 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Gregory S. Tabakman | Processed | 10/02/2019 | Tabakman, G. |
| 97 | MEMORANDUM OF LAW IN SUPPORT | Processed | 10/02/2019 | Tabakman, G. |
| 98 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/02/2019 | Tabakman, G. |
| 99 | NOTICE OF CROSS-MOTION<br>Plaintiff's Notice of Cross Motion | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 100 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Plaintiff's Affirmation in Support of Cross Motion | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 101 | EXHIBIT(S)<br>Plaintiff's Exhibit A ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 102 | EXHIBIT(S)<br>Plaintiff's Exhibit B ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 103 | EXHIBIT(S)<br>Plaintiff's Exhibit C ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 104 | EXHIBIT(S)<br>Plaintiff's Exhibit D ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 105 | EXHIBIT(S)<br>Plaintiff's Exhibit E ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 106 | EXHIBIT(S)<br>Plaintiff's Exhibit F ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 107 | EXHIBIT(S)<br>Plaintiff's Exhibit G ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 108 | EXHIBIT(S)<br>Plaintiff's Exhibit H ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 109 | EXHIBIT(S)<br>Plaintiff's Exhibit I ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 110 | EXHIBIT(S) - *Corrected*<br>Plaintiff's Exhibit J ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/08/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 111 | EXHIBIT(S)<br>Plaintiff's Exhibit K ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/03/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 112 | EXHIBIT(S)<br>Plaintiff's Exhibit L ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/04/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 113 | EXHIBIT(S)<br>Plaintiff's Exhibit M ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/04/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 114 | EXHIBIT(S)<br>Plaintiff's Exhibit N ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/04/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 115 | MEMORANDUM OF LAW IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION<br>Memorandum of Law ISO Motion for Default Judgement, IOT Defendant's motion for Protective Order | Processed | 10/04/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 116 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of service in support of motion for default judgement | Processed | 10/04/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 117 | NOTICE TO COUNTY CLERK CPLR 8019(C) | Processed | 10/04/2019 | Vandamme, H. |
| 118 | NOTICE TO COUNTY CLERK CPLR 8019(C)<br>NOTICE TO COUNTY CLERK CPLR 8019(C) | Processed | 10/05/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 119 | STIPULATION - BRIEFING SCHEDULE | Processed | 10/10/2019 | Tabakman, G. |
| 120 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 10/11/2019 | Tabakman, G. |
| 121 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Plaintiff's affirmation ISO Motion for Default Judgement, and IOT Defendant's Motion | Processed | 10/11/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 122 | EXHIBIT(S)<br>Plaintiff's Exhibit A ISO Motion for Default Judgement, and IOT Defendant's Motion | Processed | 10/11/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 123 | EXHIBIT(S)<br>Plaintiff's Exhibit B ISO Motion for Default Judgement, and IOT Defendant's Motion | Processed | 10/11/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 124 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Plaintiff's Affirmation of Service ISO Motion for Default Judgement, and IOT Defendant's Motion | Processed | 10/11/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 125 | NOTICE OF CROSS-MOTION<br>Notice of Cross-Motion for Amended Complaint | Processed | 10/15/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 126 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO cross motion for amended complaint | Processed | 10/15/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 127 | EXHIBIT(S)<br>Plaintiff's Amended Complaint | Processed | 10/15/2019 | Shukla, A. (Pro Hac / Pro Se) |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 128 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/15/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 129 | MEMORANDUM IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>Memorandum of Law ISO Plaintiff's cross-motion for amended complaint | Processed | 10/15/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 130 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION<br>Letter Brief IOT Plaintiff Cross-Motion for Leave to Amend Complaint | Processed | 10/17/2019 | Tabakman, G. |
| 131 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION<br>Affirmation of Gregory S. Tabakman IOT Plaintiff Cross-Motion for Leave to Amend Complaint | Processed | 10/17/2019 | Tabakman, G. |
| 132 | EXHIBIT(S)<br>Compare Version of Plaintiff's Proposed Amended Complaint | Processed | 10/17/2019 | Tabakman, G. |
| 133 | NOTICE OF CROSS-MOTION<br>Notice of Cross Motion | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 134 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO Plaintiff's amended complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 135 | EXHIBIT(S)<br>Plaintiff's Proposed Amended Complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 136 | EXHIBIT(S)<br>Exhibit B ISO Plaintiff's Amended Complaint, IOT defendant's motion | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 137 | EXHIBIT(S)<br>Exhibit B ISO Plaintiff's Amended Complaint, IOT defendant's motion | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 138 | EXHIBIT(S)<br>Exhibit D ISO Plaintiff's motion for amended complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 139 | EXHIBIT(S)<br>Exhibit E ISO Plaintiff's motion for amended complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 140 | EXHIBIT(S)<br>Exhibit F ISO Plaintiff's motion for amended complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 141 | EXHIBIT(S)<br>Exhibit G ISO Plaintiff's motion for amended complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 142 | MEMORANDUM IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 143 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO Plaintiff Cross-Motion for Leave to Amend Complaint | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 144 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO Plaintiff Cross-Motion for Leave to Amend Complaint and IOT defendant's motion | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 145 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO Plaintiff Cross-Motion for Leave to | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   151144/2019**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| | Amend Complaint and IOT defendant's motion | | | |
| 146 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF CROSS-MOTION<br>Affirmation ISO Plaintiff Cross-Motion for Leave to Amend Complaintand IOT defendant's motion | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 147 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |
| 148 | REQUEST FOR RESTRICTED STATUS<br>Request for Restricted Status | Processed | 10/18/2019 | Shukla, A. (Pro Hac / Pro Se) |