UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                                Plaintiff,

          -against-

Seloitte Consulting LLP,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

1:19-cv-10578 (AJN) (SDA)

ORDER SCHEDULING STATUS CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 17.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available at http://nysd.uscourts.gov/judge/Aaron.

The parties are directed to appear for a status conference on Thursday, December 19, 2019 at 3:00 p.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007. The parties shall be prepared to discuss a briefing schedule for Plaintiff's motions for remand (ECF No. 13) and to amend his complaint (ECF No. 14), as well as the issues raised in Defendants' letters dated November 21, 2019 (ECF No. 7) and December 9, 2019. (ECF No. 16.)

If any party needs to change the date of the conference, that party must make the request, by a letter in accordance with my individual practices.

**SO ORDERED.**

DATED: New York, New York
December 11, 2019

_____
STEWART D. AARON
United States Magistrate Judge