UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

Ashu Shukla,

      Plaintiff,

  -against-

Deloitte Consulting LLP,

      Defendant.

1:19-cv-10578 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  It has come to the Court's attention that there is a dispute between the parties regarding an Order of the Court dated December 11, 2019 (*see* ECF No. 19), and the impact it has on the briefing schedule of *pro se* Plaintiff's two motions. (See, e.g., ECF Nos. 13, 14.)

  For the avoidance of any doubt, the reason the Court has called a conference on January 8, 2020 to discuss briefing schedules with the parties is because the briefing schedule related to Plaintiff's motions is extended until the time of the conference, when it will be further extended. The briefing schedule will be set on January 8, 2020.

**SO ORDERED.**

DATED:  New York, New York
      December 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge