UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ashu Shukla,

               Plaintiff,

–v–

Deloitte Consulting LLP,

               Defendant.

---

JAN 10 2020

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 27, 2019, the Undersigned scheduled an Initial Pretrial Conference in this matter on April 24, 2020. Dkt. No. 11. Because this case has been referred to Magistrate Judge Aaron for purposes of general pretrial management, the April 24, 2020 conference is hereby canceled.

SO ORDERED.

Dated: January 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge