UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                        Plaintiff,

      -against-

Deloitte Consulting LLP,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

1:19-cv-10578 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's request for an extension of time to file an Amended Complaint (*see* ECF Nos. 49-51) is GRANTED IN PART. Plaintiff shall file his Amended Complaint no later than Friday, July 17, 2020.

**SO ORDERED.**

DATED:      New York, New York
                June 30, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge