```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Deloitte Consulting LLP,

                Defendant.

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Plaintiff shall respond to Defendant's motion to partially dismiss Plaintiff's Third Amended Complaint (ECF No. 56) no later than September 11, 2020. Defendant's reply shall be filed by October 2, 2020.

**SO ORDERED.**

DATED:    New York, New York
                August 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge