```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Deloitte Consulting LLP,

                Defendant.

1:19-cv-10578 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is Plaintiff's Letter Motion (ECF No. 60) requesting the Court to seal his August 10, 2020 Letter entitled "Defendant's abuse of their Power, Position and Remedies available at the United States Judicial." (*See* ECF No. 59.) Plaintiff argues that the letter should be sealed because it contains confidential business information. (*See id*.)

    Filing under seal must be narrowly tailored and consistent with the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006); *see also Brown v.* Maxwell, 18-cv-2868 1, 17 (2d Cir. July 3, 2019). Plaintiff's general assertion that the Letter contains confidential business information is insufficient. In any event, having reviewed the Letter, the Court finds that it merely reiterates allegations and information already available on the public docket. Because the Court does not find that the Plaintiff has provided an adequate basis to justify sealing, Plaintiff's motion to seal DENIED.

**SO ORDERED.**

DATED: New York, New York
August 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge