```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2020
```

**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

**Date: 08/31/2020**

**VIA USDC ECF**

**To,**

**HON. Judge Stewart D. Aaron,**
U.S. District Court, Southern District of New York,
500 Pearl Street,
New York, New York 10007

**Re:  Shukla vs. Deloitte Consulting LLP**
       **Index No.:** 1:19-cv-10578-AJN-SDA

   **Re: Requesting Magistrate Judge Steward D. Aaron to Recuse himself from this case**

Hon. Judge Stewart Aaron,

   As you may know, I am the plaintiff on the Shukla vs. Deloitte case at SDNY case# 1:19-cv-10598-AJN.

   Based on the issues identified on my letters to the Judge dated June 29th, August 10th, August 25th and August 31st 2020, I would like to request you to recuse yourself from this case. I currently have a pending letter motion dated August 25th 2020 to you, and I would still request you to adjudicate the pending matter if possible.

   I am also filing a Notice to Court in which I have denied consent and reference to defendant's pending dispositive motion for partial dismissal of plaintiff's third amended complaint, pursuant to FRCP Rule 12(b)(6), to you.

The Honorable Stewart D. Aaron, U.S.D.J.
August 31st 2020

On the same notice, I have also requested the court to assign a new Magistrate Judge on this case. Thank you for your interest and cooperation in this matter.

*ashu shukla*

*Sincerely,*
Ashu Shukla
Plaintiff
08/31/2020

*(cc) Defendant Attorneys via ECF & Mail*

ENDORSEMENT: Plaintiff's request that I recuse myself from this case is DENIED. I carefully have reviewed Plaintiff's prior correspondence (including ECF Nos. 49, 51, 59, 60 and 64) and Plaintiff has provided no legal basis for me to recuse myself. Thus, pursuant to my sworn duties, I respectfully decline to do so. SO ORDERED.
Dated: 9/1/2020