**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___9/7/2020___
```

Ashu Shukla,

                                   **Plaintiff,**

                    **-against-**

Deloitte Consulting LLP,

                                   **Defendant.**

**1:19-cv-10578 (AJN) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed the parties' submissions, Plaintiff's Letter Motion (ECF No. 64) is GRANTED IN PART and DENIED IN PART. Discovery in this case shall proceed,  but shall be limited to paper discovery regarding Plaintiff's claims under the New York City Human Rights Law that are not subject to the pending motion to dismiss. The parties are directed to meet and confer to seek to resolve any disputes regarding such limited discovery. No later than September 28, 2020, Defendant shall file with the Court a letter, not to exceed 10 pages, setting forth any disputes. No later than October 5, 2020, Plaintiff shall file a letter in response, not to exceed 10 pages. The parties shall provide to the Court as exhibits to their letters each discovery request in dispute (*i.e.*, the actual interrogatory, document request or admission request).

The Court shall hold a telephonic conference on Monday, October 12, 2020, at 10 a.m. EST to address any outstanding discovery issues, as well as the status of the case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:       New York, New York
             September 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2