```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

    -against-

Deloitte Consulting LLP,

               Defendant.

1:19-cv-10578 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference currently scheduled for October 12, 2020 at 10:00 a.m. EST is hereby adjourned to October 13, 2020 at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                September 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge