USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020

**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

**Date: 09/09/2020**

**VIA USDC ECF**

**To,**

**HON. Judge Stewart D. Aaron,**
U.S. District Court, Southern District of New York,
500 Pearl Street,
New York, New York 10007

**Re:   Shukla vs. Deloitte Consulting LLP**
       **Index No.:** 1:19-cv-10578-AJN-SDA

       **Re: Requesting 2-week extension to file plaintiff's brief in support of his amended complaint**

Hon. Judge Stewart Aaron,

   As you may know, I am the plaintiff on the Shukla vs. Deloitte case at SDNY case# 1:19-cv-10598-AJN.

   In the past month, defendant has severely harassed and biomedically manipulated the plaintiff by aerosols and surface based chemical agents. Defendant has further used electrical impulses from biomedical manipulation devices to manipulate the plaintiff.

   Biochemical / medical manipulation has been carefully induced upon the plaintiff to deliberately confuse and destroy plaintiff's reasoning process. These malicious tactics were knowingly instituted by the defendant so that the plaintiff would be forced to act against his own instincts, values, and reasoning. Exhibit A contains evidence of injuries and heightened alleries.

The Honorable Stewart D. Aaron, U.S.D.J.
September 8th 2020

    Plaintiff hereby requests this court to grant the plaintiff a 2-week extension in filing his brief in support of his amended complaint. Currently, plaintiff's responses are due on September 11th 2020.

*Sincerely,*
Ashu Shukla
Plaintiff
09/09/2020

*(cc) Defendant Attorneys via ECF & Mail*

ENDORSEMENT: Without regard to the substance of Plaintiff's allegations set forth herein, the Court hereby GRANTS Plaintiff's request. Plaintiff shall file his opposition to the pending motion to dismiss (ECF No. 56) no later than 9/25/2020. Defendant shall file its reply no later than 10/16/2020. With regard to Plaintiff's suggestion in his 9/8/2020 letter (ECF No. 74) that the "defense attorney is having ex-parte communications with the court," the Court states that no such communications have occurred or will occur. With regard to Plaintiff's latest Letter Motion regarding discovery-related matters (ECF No. 76), the Court hereby DENIES WITHOUT PREJUDICE such motion (which is largely duplicative of Plaintiff's prior Letter Motion at ECF No. 64), pending the telephonic conference on 10/13/2020. SO ORDERED.
Dated: 9/9/2020

*Stewart D. Aaron*