UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

Shukla.,

        Plaintiffs,

–v–

Deloitte Consulting LLP,

        Defendant.

19cv10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's Emergency Motion for a Preliminary Injunction and / or Temporary Restraining Order.  Defendant's response is due October 15, 2020.  Plaintiff's reply is due October 22, 2020.

SO ORDERED.

Dated: September 30, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge