USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Deloitte Consulting LLP,

                Defendant.

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the Court today entered a Protective Order in this case (ECF No. 132);

IT IS HEREBY ORDERED that, no later than October 27, 2020, Plaintiff shall produce to Defendant unredacted versions of any documents he previously produced with redactions, subject to the terms of the Protective Order.

**SO ORDERED.**

Dated:    New York, New York
            October 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge