USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

        Plaintiff,

—v—

Deloitte Consulting LLP,

        Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff's request for an extension of time to respond to Defendant's opposition until January 4, 2021 is granted. Plaintiff's request for an extension of time to respond to Defendant's response to Plaintiffs' motion for reconsideration to January 6, 2021 is also granted.

SO ORDERED.

Dated: December 23, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge