```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

        Plaintiff,

–v–

Deloitte Consulting LLP,

        Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's letter requests, Dkt. Nos. 177-178. Plaintiff's request for an extension of time to file his reply for his motion for reconsideration of Judge Aaron's Report and Recommendation from January 4, 2021 to January 8, 2021 is granted. Plaintiff's request for an extension of time to file his reply for his motion for reconsideration of the Court's denial of his motion for preliminary injunction / TRO from January 6, 2021 to January 11, 2021 is granted. Plaintiff's request for leave to file excess pages for both filings is denied.

    SO ORDERED.

Dated: January 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge