```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:1/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

          Plaintiff,

    –v–

Deloitte Consulting LLP,

          Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    To the extent Plaintiff's January 7, 2021 letter (Dkt. No. 180) is a request for the Court to reconsider his request for leave to file 40 pages for his reply to Defendant's motion for reconsideration, that request is GRANTED. If any new arguments are raised in the reply brief, the Defendant may request an opportunity to file a surreply.

    SO ORDERED.

Dated: January 8, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge