USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shukla, <br><br> Plaintiff, <br><br> –v– <br><br> Deloitte LLP, <br><br> Defendant. | 19-cv-10578 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

The Court has received several requests from Plaintiff for a hearing on his motion for a Preliminary Injunction and/or Temporary Restraining Order. Dkt. Nos. 188, 192. The Court previously denied the motion without a hearing. Dkt. No. 145. The Plaintiff has now filed a motion for reconsideration of the Court's Order. Dkt. No. 159. That motion is now fully briefed. The Court will resolve that request in due course based on the papers and supporting materials. If the Court determines based on the papers in support of the motion for consideration that a hearing on the motion for a Preliminary Injunction / Temporary Restraining Order is required, the Court will inform the parties. This resolves Dkt. Nos. 188, 192.

SO ORDERED.

Dated: January 26, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge

1