USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shukla,<br><br>        Plaintiff,<br><br>–v–<br><br>Deloitte Consulting LLP,<br><br>        Defendant. | 19-cv-10578 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

      The Court has recently received several emails and a voicemail from Plaintiff. Because Plaintiff has ECF access, going forward all communications with the Court must be docketed on ECF. The Court will not consider any communications from either party that is submitted through any method other than ECF unless the Court has expressly provided permission to make an alternative submission.

      SO ORDERED.

Dated: February 4, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge