UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Deloitte Consulting LLP,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the deadline for the parties to comply with the provisions of my February 11, 2011 Order (filed at ECF No. 208) is now set for Monday, April 5, 2021 (*see* ECF No. 217).

NOW, THEREFORE, it is hereby ORDERED that, on Monday, April 12, 2021, Plaintiff and Defendant each shall file a letter regarding the parties' compliance with the provisions of my February 11, 2011 Order.

**SO ORDERED.**

Dated:    New York, New York
            March 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge