UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                          Plaintiff,

    -against-

Deloitte Consulting LLP,

                         Defendant.

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Plaintiff's March 24, 2021 Letter Motion to Reopen (ECF No. 226) the Court's March 23, 2021 Order (ECF No. 225), which itself decided Plaintiff's March 22, 2021 Letter Motion to Reopen (ECF No. 224), is DENIED. The Local Civil Rules permit a party to make a motion for reconsideration or reargument of a court order determining a motion. *See* Local Civ. R. 6.3. The Court properly treated Plaintiff's first Letter Motion to Reopen (ECF No. 224) as a motion for reconsideration and, applying the standards applicable to such a motion, *see Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013), denied the motion. There is nothing in the applicable rules that provides for multiple motions for reconsideration, or motions to "reopen," and filing such a successive motion wastes valuable Court resources.

      The Court once again reminds Plaintiff that the deadline for the parties to comply with the provisions of my February 11, 2011 Order (filed at ECF No. 208) is now set for Monday, April 5, 2021. (*See* ECF No. 217.) My February 11, 2021 Order states that "any violation of [that] Order could result in the imposition of sanctions up to and including dismissal." (ECF No. 208, ¶ 9.)

2

      Plaintiff's letter filed with the Court on March 29, 2021 (ECF No. 237) seems to suggest that he may choose not to comply with my February 11, 2021 Order. Plaintiff is cautioned that, if he fails to timely comply with my February 11, 2021 Order, I may recommend to District Judge Nathan that his case be dismissed for failure to prosecute.

**SO ORDERED.**

Dated:     New York, New York
            March 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge