UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/26/2021__
```

Ashu Shukla,

                                    Plaintiff,

                -against-

Deloitte Consulting LLP,

                                    Defendant.

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of a letter from Defendant dated April 22, 2021 (ECF No. 247) requesting an adjournment of the telephone conference originally scheduled for April 29, 2021 (*see* Order, ECF No. 246, at 1) due to the unavailability of defense counsel Greg Tabakman, Esq. Defendant states that it sought Plaintiff's consent but has had difficulty communicating with Plaintiff, who has been traveling abroad, apparently with intermittent internet access.

The Court hereby ORDERS that the telephone conference originally scheduled for April 29, 2021 is adjourned *sine die*. No later than Tuesday, May 4, 2021, the parties shall file a joint letter providing three mutually available dates for that telephone conference.

**SO ORDERED.**

Dated:        New York, New York
              April 26, 2021

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge