UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu Shukla,

                Plaintiff,

-against-

Deloitte Consulting LLP,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court hereby ORDERS that the telephone conference originally scheduled for April 29, 2021 (*see* Order, ECF No. 246, at 1), then adjourned *sine die* (*see* Order, ECF No. 248), shall be held on Thursday, May 13, 2021, at 10:30 a.m. EDT. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
           April 27, 2021

_____
STEWART D. AARON
United States Magistrate Judge