```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

        Plaintiff,

–v–

Deloitte Consulting LLP,

        Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Plaintiff's letter, Dkt. No. 265, stating his intent to file a reply in support of his filing, Dkt. No. 252, styled as a "Motion to Vacate." The Plaintiff's "Motion to Vacate," Dkt. No. 252, is properly construed as an objection to Judge Aaron's discovery order under Federal Rule of Civil Procedure 72(a), which permits a party to file objections to an order of a magistrate judge. The Court determines that no reply is necessary and will make a ruling based on the Plaintiff's initial filings and memorandum of law in support. Dkt. No. 252-253.

    SO ORDERED.

Dated: June 14, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1