UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

Ashu Shukla,

    Plaintiff,

-against-

Deloitte Consulting LLP,

    Defendant.

1:19-cv-10578 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's July 14, 2021 motion for reconsideration of my Orders (*see* ECF No. 303; *see also* ECF No. 304) is DENIED for the following reasons:

1. Plaintiff's motion with respect to my Orders entered at ECF Nos. 251, 268, 275 and 287 is untimely, as the motion for reconsideration was not filed within the requisite 14-day period after such Orders were entered. *See* Local Civil Rule 6.3.

2. There is no basis for reconsideration of my Orders entered at ECF Nos. 292 and 294, as nothing was overlooked by me in entering such Orders. In addition, with respect to my Order entered at ECF No. 294, District Judge Nathan already has twice rejected Plaintiff's objections to such Order. (*See* 7/13/21 Order, ECF 298; 7/15/21 Order, ECF No. 306.)

Accordingly, all of my Orders remain in full force and effect. **Plaintiff is admonished to carefully heed my Orders, as well as the Orders entered by Judge Nathan, or as Judge Nathan stated in her July 15 Order, he will be subject to sanctions, which could include dismissal of his case.** SO ORDERED.

Dated: New York, New York
July 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge