USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

          Plaintiff,

—v—

Deloitte Consulting LLP,

          Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 15, 2021, the Court issued an order denying Plaintiff's motion for reconsideration of a motion for reconsideration. Dkt. No. 306. That same day, Plaintiff filed a motion to "set aside" this Order and other rulings. Dkt. No. 307. On July 17, 2021, Plaintiff filed a motion requesting oral argument on issues that the Court has already ruled on. Dkt. No. 312. These motions are frivolous and are DENIED.

    On July 23, 2021, Judge Aaron issued an Order and Report & Recommendation denying certain of Plaintiff's motions and recommending that the Court dismiss Plaintiff's case with prejudice, pursuant to Federal Rules of Civil Procedure 37 and 41(b), for repeated violations of court orders. Dkt. No. 314. In the Report & Recommendation, Judge Aaron summarized the long history of Plaintiff's willful disobedience of Court orders and contumacious behavior in this case. *Id.*

    Plaintiff immediately filed a "Motion to Vacate" the Order and Report & Recommendation and a "Motion for Reconsideration" of Judge Aaron's denial of his motion to

compel Defendant to take a deposition of Dr. Niti Aggarwal. Dkt. No. 315, 316.[1] The Court construes these filings as objections to Judge Aaron's Order and Report & Recommendation, Dkt. No. 314, pursuant to Fed. R. Civ. P. 72(b). Defendant has until August 9, 2021 to file a single response to Plaintiff's objections. Plaintiff will then have until August 16, 2021 to file a single reply. Plaintiff is warned that he has no basis to make additional filings other than his single reply to Defendant's opposition. If Plaintiff fails to comply with the Court's instructions in this Order, that will serve as further grounds for sanctions, including a dismissal of his action and an anti-filing injunction.

SO ORDERED.

Dated: July 26, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

---

[1] Additionally, Plaintiff filed a letter addressed to Judge Aaron and in the text of the docket entry made a sanctionable insult towards Judge Aaron. Dkt. No. 316. This is precisely the kind of petulant behavior that Judge Aaron described in his Report & Recommendation as supporting dismissal.