UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shukla,

     Plaintiff,          19 **CIVIL** 10578 (AJN)

  -against-             **JUDGMENT**

Deloitte Consulting LLP,
     Defendant.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 20, 2021, Plaintiff's July 26, 2021 motion is DENIED, Plaintiff's objections to Judge Aaron's order are OVERRULED, and the Report & Recommendation is adopted in full and Plaintiff's complaint is DISMISSED with prejudice. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal; accordingly, the case is closed.

**Dated:** New York, New York
    August 20, 2021

                     **RUBY J. KRAJICK**
                     _____
                     **Clerk of Court**
         **BY:**    *K. Mango*
                     _____
                     **Deputy Clerk**