USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shukla,<br><br>            Plaintiff,<br><br>    –v–<br><br>Deloitte Consulting LLP,<br><br>            Defendant. | 19-cv-10578 (AJN)<br><br>MEMORANDUM OPINION & ORDER |

ALISON J. NATHAN, District Judge:

    Plaintiff's motion for reconsideration of the Court's Memorandum Opinion & Order dismissing his complaint with prejudice is DENIED.  This resolves Dkt. No. 325.

SO ORDERED.

Dated:  August 23, 2021
          New York, New York

_____
ALISON J. NATHAN
United States District Judge

1