USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

        Plaintiff,

–v–

Deloitte Consulting LLP,

        Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's motion entitled "Motion for Relief from Final Order (Doc# 323 and 327) and Motion for Default Judgment." Dkt. No. 328-330. The motions are DENIED. This resolves Dkt. No. 328. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1