UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shukla,

            Plaintiff,

–v–

Deloitte Consulting, LLP,

            Defendant.

19-cv-10578 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court orders that Mr. Shukla's ECF filing privileges, granted at Dkt. No. 18, are hereby revoked. This matter is closed, but Mr. Shukla seeks to evade another Court's ECF filing revocation by filing letters related to that case on this docket. *See* Dkt. No. 345.

    The Clerk of Court is directed to revoke Mr. Shukla's privileges to use the ECF system. Although this case is closed, should any future orders issue, they will be mailed to Mr. Shukla at the mailing address on record, as is typical in *pro se* cases. Should the Defendant have any future fillings, it shall serve Mr. Shukla by mail and promptly file proof of such service on the docket.

    As this Court has previously warned Plaintiff, *see* Dkt. No. 319, 323, any additional vexatious filings could result in an anti-filing injunction. Dtk No. 323 at 9 ("Further, Plaintiff is warned that continuing his behavior in future cases could result in an anti-filing injunction, which is where a court decides to 'restrict a litigant's future ability to sue' because they have a 'history of vexatious litigation' and are 'likely to continue to abuse the judicial process.'").

    SO ORDERED.

Dated: December 28, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge